UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
---------------------------------------------------------------X
LAISOHN J. QUINCE,

              Plaintiff,

    -against-

JORGE RAMOS, Detective of the NYPD PSA 3
Precinct; MOHAMMAD ABDELFATTAH, of the
NYPD PSA E Precinct; and NYPD PSA 3
PRECINCT,

              Defendants.
---------------------------------------------------------------X

NOT FOR PUBLICATION

**ORDER**

23-CV-8185 (LDH)(LB)

LaSHANN DeARCY HALL, United States District Judge:

    Plaintiff Laisohn J. Quince, proceeding *pro se*, commenced this action on October 31, 2023. (Compl., ECF No. 1.) Plaintiff has not submitted the filing fee or an adequate application to proceed in forma pauperis ("IFP"). By Order entered April 24, 2025, the Court gave Plaintiff 30 days within which to submit the filing fee or a completed IFP application and warned that failure to file would result in dismissal of the action. The Court mailed the Order to the address Plaintiff had provided: 7 Livonia Avenue, Brooklyn, NY 11212, but the United States Postal Service returned the mail as undeliverable on April 30, 2025. (ECF No. 8.)

    More than 30 days have elapsed, and Plaintiff still has not submitted the filing fee or an application to proceed IFP or provided the Court with a new address. It is Plaintiff's responsibility to provide the Court with a change of address. *See Citak v. More Consulting Corp.*, No. 17-CV-6049, 2018 WL 5311411, at *2 (E.D.N.Y. Oct. 25, 2018) (collecting cases). Accordingly, the action is dismissed without prejudice.

    The Clerk of Court is requested to close this case and to send a copy of this Order to Plaintiff at the address provided. The Court certifies pursuant to 28 U.S.C. § 1915(a)(3) that any appeal from this order would not be taken in good faith and therefore IFP status is denied for the purpose of any appeal. See *Coppedge v. United States*, 369 U.S. 438, 444–45 (1962).

|  |  |
|---|---|
| | SO ORDERED. |
| Dated: Brooklyn, New York<br>July 22, 2025 | /s/ LDH<br>LASHANN DEARCY HALL<br>United States District Judge |